UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 14-361-MWF(JCx)**                                                    Dated: **August 6, 2015**

Title:       Chris Langer -*v*- Dien V. Dinh, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

  Cheryl Wynn              None Present
  Relief Courtroom Deputy        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present             None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

  In light of the Notice of Settlement filed August 5, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 5, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

  **IT IS SO ORDERED.**

MINUTES FORM 90               Initials of Deputy Clerk __cw__
CIVIL - GEN